# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA Division

In re:

VEALE E. GENTNER

                Debtor

Chapter 13

Case No. 18-12165-mdc

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, __Marilyn Solivan__, declare under penalty of perjury as follows:

1. I am employed as a __Contract Management Coordinator__ of OCWEN LOAN SERVICING, LLC and am authorized to sign this Affidavit on behalf of OCWEN LOAN SERVICING, LLC, as subservicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-S6 (the "Movant"). This Affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of OCWEN LOAN SERVICING, LLC. As part of my job responsibilities for OCWEN LOAN SERVICING, LLC, I have personal knowledge of and am familiar with the types of records maintained by OCWEN LOAN SERVICING, LLC in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records, I have access to and have reviewed the books, records and files of OCWEN LOAN SERVICING, LLC that pertain to the Loan and extension of credit given to Debtors concerning the property securing such Loan.

3. The information in this affidavit is taken from OCWEN LOAN SERVICING, LLC's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by person with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Ocwen Loan Servicing LLC's regularly conducted business activities; and (c) it is the regular practice of OCWEN LOAN SERVICING, LLC to make such records.

4. The Debtor VEALE E. GENTNER and Non-Filing Co-Debtor ELIZABETH T. GENTNER (deceased) have executed and delivered or are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). The Debtor VEALE E. GENTNER and Non-Filing Co-Debtor ELIZABETH T. GENTNER (deceased) have executed and delivered or are otherwise obligated with respect to that certain Mortgage referenced in the Motion (the "Mortgage"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of October 22, 2018, there are one or more defaults in paying Debtor's post-petition amounts due with respect to the Note.

6. As of October 22, 2018, the total unpaid principal balance is $414,692.01, which includes the unpaid principal balance of $255,606.64 and deferred principal balance of $159,085.37.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtors as of October 22, 2018:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 08/01/2018 | 10/01/2018 | $1,467.25 | $1,061.89 | $2,529.14 | $7,587.42 |
| | | | | Less post-petition partial payments (suspense balance): | | $2,130.86 |
| | | | | | Total: | $5,456.56 |

8. As of October 22, 2018, the total post-petition arrearage/delinquency is $6,856.56, consisting of (i) the foregoing total of missed post-petition payment in the amount of $5,456.56 plus (ii) the following post-petition fees:

| Description | Amount |
|---|---|
| Bankruptcy Fee | $500.00 |
| Bankruptcy Fee | $250.00 |
| Bankruptcy Fee | $500.00 |
| Bankruptcy Fee | $150.00 |

9. Attached hereto as Exhibit A is a post-petition payment history.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 1st day of November, 2018.

Signature

Name: Marilyn Solivan
Title: Contract Management Coordinator

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 1st day of Nov, 2018 by Marilyn Solivan as Contract Management Coordinator for Ocwen Loan Servicing, LLC, who is the subservicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-S6 who is personally known to me or who has produced _____ as identification.

Signature of Notary Public
Name of Notary Public: Javier Rivera

Personally known: ✓
OR Produced Identification: ___
Type of Identification Produced: ___

Notary Public State of Florida
Javier Rivera
My Commission FF 987299
Expires 04/28/2020