## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Veale E Gentner | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-12165 mdc |

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

  **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been a material default by debtor(s) with respect to a term of a confirmed plan pursuant to 11 U.S.C. Section 1307(c)(6).

**There has been a material default by debtor(s) with the respect to a term of a confirmed plan pursuant to 11 U.S.C. Section 1307 (c )(6).**

  The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

  **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                Respectfully submitted,

                /s/ William C. Miller

                William C. Miller, Esquire
                Chapter 13 Standing Trustee
                P.O. Box 40119
                Philadelphia, PA 19106
                Telephone: (215)627-1377