UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Veale E. Gentner | : | Chapter 13 |
| | : | |
|     Debtor | : | Case No.: 18-12165-mdc |

## MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY

Comes Now, Veale E. Gentner, hereinafter referred to as "Debtor" and moves this Honorable Court to vacate its September 9, 2019 Order Modifying Section 362 Automatic Stay and in support thereof avers the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 March 30, 2018.

2. The Chapter 13 bankruptcy matter was assigned case number 18-12165.

3. The Chapter 13 Plan was confirmed by this Honorable Court on October 4, 2018.

4. On February 7, 2020, The Bank of New York filed a Motion for Relief from Stay on the property 676 Jefferson Road, Bryn Mawr, PA 19010.

5. On March 4, 2020, the Court entered an Order granting the Motion for Relief from Stay.

6. The Debtor has made all payments to The Bank of New York under the mortgage agreement.

7. The Debtor is desirous of keeping the real property located at 676 Jefferson Road, Bryn Mawr, PA 19010 and to that aim will ascertain and pay any and all post-petition delinquencies prior to the hearing on the instant Motion.

**WHEREFORE**, for the reasons stated herein, the Debtor respectfully request that this Honorable Court Vacate March 4, 2020 Order Modifying the Automatic Stay.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 30, 2021 | /s/ Brad J. Sadek, Esquire<br>Brad J. Sadek, Esquire<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 |