UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Veale E. Gentner | : | Chapter 13 |
| | : | |
|    Debtor | : | Case No.: 18-12165-MDC |

## ORDER

AND NOW, this __26th__ day of __August__ 2021, upon consideration of the Motion to Reconsider the March 4, 2020 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED and DECREED that the stay will be reinstated and the Order dated March 4, 2020 shall be Vacated.

_____
Magdeline D. Coleman
Chief US Bankruptcy Judge